**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert GREY, aka Dice, Defendant–
Appellant.**

**No. 07–50032.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 5, 2009.

Samantha P. Jessner, Esquire, Assistant U.S. Attorney, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Robert Grey, Los Angeles, CA, pro se.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Robert Grey appeals from the 57–month sentence imposed following his guilty-plea conviction for conspiracy to import MDMA, in violation of 21 U.S.C. §§ 952, 960(a), (b)(1)(G), and 963. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Grey's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Grey

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

has filed a pro se supplemental brief. The government has filed a motion to dismiss this appeal for lack of jurisdiction.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues on direct appeal.

The government's motion to dismiss for lack of jurisdiction is **DENIED.** *See United States v. Jacobo Castillo*, 496 F.3d 947, 954 (9th Cir.2007) (en banc).

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**